**Electronically Filed
Supreme Court
SCWC-28633
16-MAY-2011
10:11 AM**

NO. SCWC-28633

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BERNARD K.B. YOUNG, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28633; FC-CR. NO. 07-1-1034)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Bernard K.B. Young's application for writ of certiorari, filed on April 11, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, May 16, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Jennifer D.K. Ng,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application

Delanie D. Prescott-Tate,
Deputy Prosecuting Attorney,
for respondent/plaintiff-
appellee on the response

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.